KRISTINE M. LARSEN (9228)
JASCHA K. CLARK (16019)
BRITTANY J. MERRILL (16104)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P. O. Box 45385
Salt Lake City, UT 84145-0385
Tel: (801) 532-1500
Fax: (801) 532-7543
klarsen@rqn.com
jclark@rqn.com
bmerrill@rqn.com

*Attorneys for Receiver, Maria E. Windham*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MARIA E. WINDHAM, as Receiver for MARQUIS PROPERTIES, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> CRAIG MARTIN SHULTS, an individual; CYNTRIX, INC., a dba or unknown entity; DUTCH ACQUISITIONS, a dba or unknown entity; OPEN MARKET REALTY CORP, a suspended California Corporation; STRATEGIC PROPERTIES, LLC, a dba or unknown entity, STP EQUITIES, LLC a suspended California limited liability company; STRATEGIC PROPERTY INVESTMENTS, LLC, a dba or unknown entity; LOW INCOME REO, INC., a Delaware Corporation; GORDON BOLSTER, an individual, GLB INVESTMENTS, LLC a dissolved Washington limited liability company; DAWN C. POWERS, an individual; LAWRENCE LEELAND LOOMIS, an individual; ARMOR EQUITIES, LLC, an unknown entity or dba; and JOHN DOES 1-5, <br><br> Defendants. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** <br><br> Case No. 2:18-cv-00062-PMW <br><br> Magistrate Judge Paul M. Warner |

Pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure, Maria E. Windham (the "Receiver"), as Receiver for Marquis Properties, LLC and the assets of the Marquis Properties Receivership Estate, hereby gives notice that the claims she asserted in this lawsuit against Defendants Lawrence Leeland Loomis ("Loomis") and his wholly-owned entity Armor Entities, LLC ("Armor") are voluntarily dismissed, *without prejudice*, as to Loomis and Armor, *only*.  In deciding to dismiss Loomis and Armor from this action *without prejudice*, the Receiver is relying upon the declaration Loomis filed with the Court, which stated—under penalty of perjury—that Loomis does not have any assets, has not been employed since 2012, and has not received money from any business in the last 12 months.  Loomis further represented under penalty of perjury that he would need court-appointed counsel to defend this lawsuit against Loomis and Armor.

No answer or motion for summary judgment has been heretofore filed by any defendant, and therefore the Receiver may voluntarily dismiss Loomis and Armor from this action, the parties to bear their own costs.

DATED this 6th day of March, 2018.

RAY QUINNEY & NEBEKER P.C.

*/s/ Jascha Clark*
Kristine M. Larsen
Jascha K. Clark
Brittany J. Merrill

*Attorney for the Receiver, Maria E. Windham*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March, 2018, I caused a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** to be filed with the Clerk of Court using the Court's ECF System.  In addition, a true and correct copy of same was served via U.S. Mail to the following:

Armor Equities, LLC
c/o Lawrence Leeland Loomis
Sacramento County Main Jail
651 I Street
Sacramento, CA  95814

Lawrence Leeland Loomis
c/o Sacramento County Main Jail
651 I Street
Sacramento, CA  95814

                                                    */s/TerriAnne Gillis*

1446158