KRISTINE M. LARSEN (9228)
JASCHA K. CLARK (16019)
BRITTANY J. MERRILL (16104)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P. O. Box 45385
Salt Lake City, UT 84145-0385
Tel:  (801) 532-1500
Fax:  (801) 532-7543
klarsen@rqn.com
jclark@rqn.com
bmerrill@rqn.com

*Attorneys for Receiver, Maria E. Windham*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MARIA E. WINDHAM, as Receiver for MARQUIS PROPERTIES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CRAIG MARTIN SHULTS, an individual; CYNTRIX, INC., a dba or unknown entity; DUTCH ACQUISITIONS, a dba or unknown entity; OPEN MARKET REALTY CORP, a suspended California Corporation; STRATEGIC PROPERTIES, LLC, a dba or unknown entity, STP EQUITIES, LLC a suspended California limited liability company; STRATEGIC PROPERTY INVESTMENTS, LLC, a dba or unknown entity; LOW INCOME REO, INC., a Delaware Corporation; GORDON BOLSTER, an individual, GLB INVESTMENTS, LLC a dissolved Washington limited liability company; DAWN C. POWERS, an individual; LAWRENCE LEELAND LOOMIS, an individual; ARMOR EQUITIES, LLC, an unknown entity or dba; and JOHN DOES 1-5,<br><br>Defendants. | **MOTION FOR COURT ORDER DISMISSING DEFENDANT CRAIG MARTIN SHULTS WITHOUT PREJUDICE**<br><br>Case No. 2:18-cv-00062-PMW<br><br>Magistrate Judge Paul M. Warner |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Maria E. Windham (the "Receiver"), as Receiver for Marquis Properties, LLC and the assets of the Marquis Properties Receivership Estate, hereby voluntarily moves the Court to dismiss all claims she asserted in this lawsuit against Defendant Craig Martin Shults ("Shults"), individually, *without prejudice*, as to Shults *only*, the parties to bear their own costs.  In deciding to dismiss Shults from this action *without prejudice*, the Receiver is relying upon the pleading Shults submitted pro se under his signature representing to the Court that Shults does not have any assets, no longer controls any entities, and remains incarcerated.   A review of the docket in Shults' criminal case shows that Shults is ordered to pay $2,000,000 in restitution in that matter.  Therefore, although the Receiver does not accept as true Shults' denial of liability pursuant to the Receiver's claims, she has determined that it is not economical to proceed against Shults at this time.

Because a pro se pleading has been submitted to the Receiver and transmitted by the Receiver to the Court, it appears to the Receiver that a Court Order dismissing Shults is necessary to voluntarily dismiss Shults from this case pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Dismissal, with costs to each party, is justified because there is no counterclaim pending and defendant Shults similarly requests dismissal of the claims against him individually.  Therefore, the Receiver respectfully requests that this Court dismiss *only* Craig Martin Shults, the individual, from this case without prejudice.  A proposed Order is attached hereto as Exhibit A.

DATED this 19th day of April, 2018.

                                                  RAY QUINNEY & NEBEKER P.C.

                                                  */s/ Jascha Clark*
                                                  Kristine M. Larsen
                                                  Jascha K. Clark
                                                  Brittany J. Merrill

                                                  *Attorney for the Receiver, Maria E. Windham*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of April, 2018, I caused a true and correct copy of the foregoing **MOTION FOR COURT ORDER DISMISSING DEFENDANT CRAIG MARTIN SHULTS WITHOUT PREJUDICE** to be filed with the Clerk of Court using the Court's ECF System.  In addition, a true and correct copy of same was served via U.S. Mail to the following:

    Craig Martin Shults, Inmate
    Fresno County Jail
    P.O. Box 872
    Fresno, CA  93712

    Cyntrix, Inc.
    ℅ Craig Martin Shults, Inmate
    Fresno County Jail
    P.O. Box 872
    Fresno, CA  93712

    Dutch Acquisitions
    ℅ Craig Martin Shults, Inmate
    Fresno County Jail
    P.O. Box 872
    Fresno, CA  93712

    Open Market Realty Corp.
    ℅ Craig Martin Shults, Inmate
    Fresno County Jail
    P.O. Box 872
    Fresno, CA  93712

    Strategic Properties, LLC
    ℅ Craig Martin Shults, Inmate
    Fresno County Jail
    P.O. Box 872
    Fresno, CA  93712

STP Equities, LLC
℅ Craig Martin Shults, Inmate
Fresno County Jail
P.O. Box 872
Fresno, CA 93712

Strategic Property Investments, LLC
℅ Craig Martin Shults, Inmate
Fresno County Jail
P.O. Box 872
Fresno, CA 93712

Low Income REO, Inc.
℅ Craig Martin Shults, Inmate
Fresno County Jail
P.O. Box 872
Fresno, CA 93712

/s/TerriAnne Gillis

1450779