KRISTINE M. LARSEN (9228)
JASCHA K. CLARK (16019)
BRITTANY J. MERRILL (16104)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P. O. Box 45385
Salt Lake City, UT 84145-0385
Tel: (801) 532-1500
Fax: (801) 532-7543
klarsen@rqn.com
jclark@rqn.com
bmerrill@rqn.com

*Attorneys for Receiver, Maria E. Windham*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MARIA E. WINDHAM, as Receiver for MARQUIS PROPERTIES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CRAIG MARTIN SHULTS, an individual; CYNTRIX, INC., a dba or unknown entity; DUTCH ACQUISITIONS, a dba or unknown entity; OPEN MARKET REALTY CORP, a suspended California Corporation; STRATEGIC PROPERTIES, LLC, a dba or unknown entity, STP EQUITIES, LLC a suspended California limited liability company; STRATEGIC PROPERTY INVESTMENTS, LLC, a dba or unknown entity; LOW INCOME REO, INC., a Delaware Corporation; GORDON BOLSTER, an individual, GLB INVESTMENTS, LLC a dissolved Washington limited liability company; DAWN C. POWERS, an individual; LAWRENCE LEELAND LOOMIS, an individual; ARMOR EQUITIES, LLC, an unknown entity or dba; and JOHN DOES 1-5,<br><br>Defendants. | **ORDER DISMISSING DEFENDANT CRAIG MARTIN SHULTS WITHOUT PREJUDICE**<br><br>Case No. 2:18-cv-00062-PMW<br><br>Judge Dee Benson |

Having reviewed Plaintiff's Motion for Court Order requesting that this Court dismiss *only* Craig Martin Shults, the individual, from this case without prejudice,

IT IS HEREBY ORDERED that Craig Martin Shults, the individual, is dismissed from this case without prejudice.

DATED this 1st day of May, 2018.

BY THE COURT:

_____
Judge Dee Benson

1451017