KRISTINE M. LARSEN (9228)
JASCHA K. CLARK (16019)
BRITTANY J. MERRILL (16104)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P. O. Box 45385
Salt Lake City, UT 84145-0385
Tel:  (801) 532-1500
Fax:  (801) 532-7543
klarsen@rqn.com
jclark@rqn.com
bmerrill@rqn.com

*Attorneys for Receiver, Maria E. Windham*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| MARIA E. WINDHAM, as Receiver for MARQUIS PROPERTIES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CRAIG MARTIN SHULTS, et al.,<br><br>Defendants. | **DEFAULT JUDGMENT AGAINST SHULTS DEFENDANTS**<br><br>Case No. 2:18-CV-00062-DB<br><br>Judge Dee Benson |
|---|---|

Pursuant to Federal Rule of Civil Procedure 55(b)(1), and based upon the *Ex Parte Request for Entry of Default Judgment Against Shults Defendants* filed by Plaintiff, and the other pleadings and papers of record on file in this case, including, but not limited to, the Plaintiff's Complaint, the Proofs of Service, the Declaration of Plaintiff's counsel Brittany J. Merrill, and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. Judgment shall be, and it hereby is, entered in favor of Plaintiff and against Shults Defendants in the amount of $23,593.67, comprised of $20,000.00 in compensatory damages, plus pre-judgment interest thereon from March 1, 2011 to April 30, 2018 in the amount of $3,593.67.

DATED this 30th day of November, 2018.

_____
Dee Benson
District Court Judge