**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| MARIA E. WINDHAM, as Receiver for MARQUIS PROPERTIES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CRAIG MARTIN SHULTS, et al.,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:18-cv-00062-DB-CMR<br><br>Judge: Dee Benson<br>Magistrate Judge: Cecilia M. Romero |

It is hereby ORDERED and ADJUDGED that the Receiver's Motion to Dismiss Remaining Claims (Dkt. No. 87) is GRANTED, and this action is DISMISSED without prejudice.

DATED this 19th day of March, 2020.

BY THE COURT:

Dee Benson
United States District Judge